# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Richard Angelo McFee, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 18-cv-3402 MJD/ECW |
| Warden Burkhurst, Captain Miller, Agent Grimsley, Investigator Fairley, and Case Manager Oron, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

2. Plaintiff's motions to proceed in forma pauperis (Dkt. No. 2) and motion for appointment of counsel (Dkt. No. 4) are DENIED as moot.

Date: 4/24/2019                    KATE M. FOGARTY, CLERK

                                   s/C. Kreuziger
                                   (By)  C. Kreuziger, Deputy Clerk