UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 19-2243
_____

Richard Angelo McFee

Plaintiff - Appellant

v.

Warden Burkhurst, Warden at time of event; Captain Miller, Facility Captain; Agent Grimsley, Special Investigation Agent; Investigator Fairley, Special Investigation Services; Case Manager Oron, Correctional Caseworker Building 10, all at Federal Medical Center Rochester, all in their official and individual capacities

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-03402-MJD)
_____

**JUDGMENT**

Before COLLOTON, STRAS, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

September 23, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans