# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2243

Richard Angelo McFee

Appellant

v.

Warden Burkhurst, Warden at time of event, et al.

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-03402-MJD)

___

**MANDATE**

In accordance with the judgment of 09/23/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 14, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit